United States District Court
Southern District of Texas
**ENTERED**
October 18, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER SIMPSON, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-17-2111 |
| | § | |
| NATIONAL CREDIT ADJUSTERS, LLC, | § | |
| et al., | § | |
| Defendants | § | |

## ORDER ON ENTRY OF DEFAULT

The plaintiff, Christopher Simpson, has moved for entry of default against both of the defendants, National Credit Adjusters, LLC and Premier Recovery Group, Inc. These defendants were served but have failed to answer the complaint as required by Rule 12, Fed. R. Civ. P., or otherwise appear, making entry of default against them proper. The motion for entry of default, Docket Entry No. 8, is granted.

A hearing is set for November 6, 2017, at 8:30 a.m. in courtroom 11-B, to present evidence on the damages and any attorney's fees. Counsel for Mr. Simpson must provide notice to the defendants of this order and of the hearing.

SIGNED on October 17, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge